JS-6

FILED
CLERK, U.S. DISTRICT COURT
4/9/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES LEE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>YELLOW FEVER LLC D/B/A YELLOW FEVER; R L JR AND E E GUIANG TRUST; and DOES 1 through 10,<br><br>　　　　Defendants. | **Case No.: 2:19-cv-06692 JAK (JPRx)**<br>Hon. John A. Kronstadt<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

　　Based on the stipulation of the parties and for good cause shown:

　　IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, all parties to bear their own fees and costs.

　　IT IS SO ORDERED.

Dated: April 9, 2020　　　　　　_____
　　　　　　　　　　　　　　　　John A. Kronstadt
　　　　　　　　　　　　　　　　United States District Judge